UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTAGE, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No. |
| ) | |
| **TIME LINE CONSTRUCTION CORP.,** ) | |
| ) | |
| **Defendant.** ) | |

**RULE 26.1 CERTIFICATE OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, Eric R. Stanco, counsel of record for Montage, Inc., certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Montage, Inc. which have any outstanding securities in the hands of the public:   None.

These representations are made in order that the Judges of this Court may determine the need for recusal.

_____
Eric R. Stanco
(DC bar No. 456896)
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
(202) 331-8822
(202) 331-9705 (facsimile)

**CERTIFICATE OF SERVICE**

      I, Eric R. Stanco, do hereby certify this _____ day of September, 2005, that a true copy of the foregoing will be served upon all parties with service of process in this matter.

                                        _____