# UNITED STATES DISTRICT COURT
## for the District of Columbia

**MONTAGE, INC.**
3636 16th Street, N.W.
Washington, D.C. 20010

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: Civil Action No.

**TIME LINE CONSTRUCTION CORP.**
3407 Jermantown Road
Fairfax, VA 22030

CASE NUMBER 1:05CV01809

JUDGE: Richard W. Roberts

DECK TYPE: Contract

DATE STAMP: 09/13/2005

TO: (Name and address of Defendant)

Time Line Construction Corp.
3407 Jermantown Road
Fairfax, VA 22030

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Eric R. Stanco
Stanco & Associates
126 C Street, N.W.
Washington, DC 20001

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                                 SEP 13 2005
_____                          _____
CLERK                                                      DATE

_____
(By) DEPUTY CLERK

❧AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | September 16, 2005 at 8:02 am |
| NAME OF SERVER (PRINT)  Lorenzo Kenerson | TITLE  private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on John Jackson Coalson, Jr., Registered Agent, at 3407 Jermantown Rd., Fairfax, VA 22030

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $80.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 16, 2005
              Date                    Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.