IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTAGE, INC.** | * |
|     **Plaintiff/Counter-Defendant,** | * |
| |    Case No. 1:05CV01809 |
| **v.** | * |
| **TIME LINE CONSTRUCTION CORP.,** | * |
|     **Defendant/Counter-Plaintiff.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**RULE 26.1 CERTIFICATE OF DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, Adam M. Spence, counsel of record for Time Line Construction Corp., certify that, to the best of my knowledge and belief, the following companies, subsidiaries or affiliates of Time Line Construction Corp. which have any outstanding securities in the hands of the public:   None.

These representations are made in order that the Judges of this Court may determine the need for recusal.

                                              Respectfully submitted,

                                              _____/s/ Adam M. Spence_____
                                              Adam M. Spence, Esq.
                                              Michael J. Lentz, Esq.
                                              The Law Offices of Adam M. Spence, P.C.
                                              105 W. Chesapeake Avenue, Suite 400
                                              Towson, MD 21204
                                              (410) 823-1881
                                              Fax:  (443) 836-9181

- and -

Jim W. Nowak, Esq.
Francomano & Karpook
20 South Charles Street
Sun Life Building - 4th Floor
Baltimore, MD  21201-3217

*Counsel for Defendant/Counter-Plaintiff*
 *Time Line Construction Corporation*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of October, 2005, I caused to be served a copy of the foregoing, via first class U.S. mail, postage pre-paid on:

Eric R. Stanco, Esq.
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001


    /s/ Adam M. Spence
Adam M. Spence