UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTAGE, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv01809-RWR |
| ) | |
| **TIME LINE CONSTRUCTION CORP.,** ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER STAYING MATTER PENDING ARBITRATION

**THIS MATTER**, having been brought before this Court by Defendant, Montage, Inc. on its Motion to Stay Proceedings and Compel Arbitration, upon consideration of the pleadings and papers, and the Response of Plaintiff, Time Line Construction Corporation (Time Line),

**IT IS ORDERED AND ADJUDGED**:

1. That Montage, Inc.'s Motion be and hereby is GRANTED;

2. That this matter, including all claims and counterclaims asserted by all parties presently in the above-captioned action, shall be stayed pending notice from the parties of an award in arbitration or that the parties have otherwise resolved the issues between them.

**ENTERED** this _____ day of November, 2005.

_____
Richard W. Roberts
United States District Judge

AGREED AND CONSENTED AS TO FORM:


_____/s/ Adam M. Spence_____
Adam M. Spence, Esq.
Michael J. Lentz, Esq.
The Law Offices of Adam M. Spence, P.C.
105 W. Chesapeake Avenue, Suite 400
Towson, MD 21204
(410) 823-1881
Fax:  (443) 836-9181
*Counsel for Time Line Construction Corporation*



_____/s/ Eric R. Stanco_____
Eric R. Stanco, Esq.
Stanco & Associates
126 C Street, N.W.
Washington, D.C. 20001
*Counsel for Montage, Inc.*