**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MONTAGE, INC.** | * |
|     **Plaintiff/Counter-Defendant,** | * |
| |    Case No. 1:05CV01809-RWR |
| **v.** | * |
| **TIME LINE CONSTRUCTION CORP.,** | * |
|     **Defendant/Counter-Plaintiff.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**RESPONSE TO PLAINTIFF'S
MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION**

Defendant/Counter-Plaintiff, Time Line Construction Corp. ("Time Line"), by counsel, for its Response to Plaintiff/Counter-Defendant, Montage, Inc.'s ("Montage"), Motion to Stay Proceedings and Compel Arbitration (the "Motion"), states as follows:

1. As set forth in Time Line's Answer and Counterclaim as well as Montage's Motion, the claims raised in both the Complaint and Counterclaim are subject to a binding Arbitration Agreement.

2. Accordingly, Time Line has no objection to a stay of these proceedings and the Court's compelling of arbitration regarding the claims raised in both the Complaint and the Counterclaim.

WHEREFORE, Time Line Construction Corp. respectfully requests that this Court enter an Order staying these proceedings and compelling arbitration of the matters raised in the Complaint and the Counterclaim.

Respectfully submitted,

_____/s/ Adam M. Spence_____
Adam M. Spence, Esq.
Michael J. Lentz, Esq.
The Law Offices of Adam M. Spence, P.C.
105 W. Chesapeake Avenue, Suite 400
Towson, MD 21204
(410) 823-1881
Fax: (443) 836-9181

    - and -

Jim W. Nowak, Esq.
Francomano & Karpook
20 South Charles Street
Sun Life Building - 4th Floor
Baltimore, MD  21201-3217

*Counsel for Defendant/Counter-Plaintiff*
  *Time Line Construction Corporation*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of October, 2005, I caused to be served a copy of the foregoing on the following person via first class U.S. mail, postage pre-paid on:

>Eric R. Stanco, Esq.
>Stanco & Associates
>126 C Street, N.W.
>Washington, D.C. 20001

>        /s/ Adam M. Spence
>Adam M. Spence