**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____ )
                                    )
MONTAGE, INC.,                      )
                                    )
          Plaintiff,                )
                                    )
     v.                             )    Civil Action No. 05-1809 (RWR)
                                    )
TIME LINE CONSTRUCTION CORP.,       )
                                    )
          Defendant.                )
_____ )

### ORDER COMPELLING ARBITRATION AND STAYING PROCEEDING

Plaintiff Montage, Inc. filed an unopposed motion to compel arbitration and stay this proceeding. Accordingly, it is hereby

ORDERED that the parties submit all issues in dispute in this matter to arbitration in accordance with the contract of the parties, and that this case be, and hereby is, STAYED pending completion of arbitration. The initial scheduling conference scheduled for November 17, 2005 is CANCELLED. It is further

ORDERED that this case be, and hereby is, ADMINISTRATIVELY CLOSED. The plaintiff is directed to file a status report as soon as the arbitration is completed.

SIGNED this 15th day of November, 2005.


                                        _____/s/_____
                                        RICHARD W. ROBERTS
                                        United States District Judge