IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTAGE, INC.** | * |
|     **Plaintiff/Counter-Defendant,** | * |
| v. | Case No. 1:05CV01809-RWR |
| | * |
| **TIME LINE CONSTRUCTION CORP.,** | * |
|     **Defendant/Counter-Plaintiff.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER CONFIRMING ARBITRATION AWARD
AND ENTER JUDGMENT AGAINST MONTAGE, INC.**

THIS MATTER COMES before this Court on Defendant/Counter-Plaintiff, TimeLine Construction Corp.'s ("Time Line"), Status Report and Application to this Court to confirm the arbitration award entered in its favor against Plaintiff/Counter-Defendant, Montage, Inc. ("Montage") and to enter judgment in conformity therewith (collectively, the "Application"); and

IT APPEARING THAT there is good cause shown for the relief sought in the Application; it is hereby

ORDERED that

1.   The Application is GRANTED;

2.   The Arbitration award entered by Arbitrator J. Snowden Stanley, Jr. and attached to the Motion as Exhibit 1 is confirmed;

3.   Judgment is hereby entered in favor of Time Line Construction Corp. and against Montage, Inc. in the prinicipal amount of $112,259.27 plus (a) expenses of

$1,724.99 and (b) post-judgment interest at the legal rate on these amounts until paid in full.

SIGNED this _____ day of _____, 2007.

_____
Richard W. Roberts
United States District Judge

2