IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTAGE, INC. | * |
|     Plaintiff/Counter-Defendant, | * |
| |   Case No. 1:05CV01809-RWR |
| v. | * |
| TIME LINE CONSTRUCTION CORP., | * |
|     Defendant/Counter-Plaintiff. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO REOPEN CASE TO
CONSIDER MOTION TO CONFIRM ARBITRATION AWARD
AND ENTER JUDGMENT AGAINST MONTAGE, INC.**

Defendant/Counter-Plaintiff, TimeLine Construction Corp. ("Time Line"), by counsel, moves to reopen this case to consider Time Line's Application to Confirm the Arbitration Award and Enter Judgment against Montage, Inc. ("Montage"). In support thereof, Time Line states as follows:

1. On or about September 13, 2005, Montage filed its Complaint against Time Line herein seeking damages purportedly arising from Time Line's breach of a contract between the parties.

2. On October 13, 2005, Time Line filed its Answer and Counterclaim.

3. Because the claims raised in both the Complaint and Counterclaim were subject to a binding Arbitration Agreement and by Consent of the parties, this Court entered its November 15, 2005 Order compelling arbitration and staying this proceeding and administratively closing this case.

4. Thereafter, the parties filed competing claims before the American Arbitration Association, which matter was decided on March 1, 2007 by Abitration Award.

5. By its Court Order Compelling Arbitration and Staying Proceedings, this Court administratively closed this file and required the parties to file a status report upon completion of arbitration.

6. Time Line files this Motion to Reopen the Case for this Court to consider Time Line's Application to Confirm Arbitration Award and Enter Judgment against Time Line as more fully set forth in that Application filed simultaneously herewith.

WHEREFORE, Time Line Construction Corp. respectfully requests that this Court enter an Order reopening this matter and consider the Status Report and Application filed by Time Line.

Respectfully submitted,

_____/s/ Adam M. Spence_____
Adam M. Spence, Esq.
The Law Offices of Adam M. Spence, P.C.
P.O. Box 20369
Towson, MD 21284
(410) 823-5003
Fax: (443) 836-9181

- and -

Jim W. Nowak, Esq.
Francomano & Karpook
20 South Charles Street
Sun Life Building - 4th Floor
Baltimore, MD 21201-3217
*Counsel for Defendant/Counter-Plaintiff*
*Time Line Construction Corporation*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of April, 2007, I caused to be served a copy of the foregoing (which was filed after the close of business on April 2, 2007) on the following person via first class U.S. mail, postage pre-paid on:

>Eric R. Stanco, Esq.
>Stanco & Associates
>126 C Street, N.W.
>Washington, D.C. 20001

>/s/ Adam M. Spence
>Adam M. Spence