### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTAGE, INC.** | * |
|     **Plaintiff/Counter-Defendant,** | * |
| |    Case No. 1:05CV01809-RWR |
| v. | * |
| **TIME LINE CONSTRUCTION CORP.,** | * |
|     **Defendant/Counter-Plaintiff.** | * |

*  *  *  *  *  *  *  *  *  *  *  *

## ORDER REOPENING CASE

THIS MATTER COMES before this Court on Defendant/Counter-Plaintiff, TimeLine Construction Corp.'s ("Time Line"), Motion to Reopen Case to Consider Status Report and Application to this Court to confirm the arbitration award; and

IT APPEARING THAT there is good cause shown for the relief sought in the Motion; it is hereby

ORDERED that the Motion is GRANTED; and

THIS case is reopened.

SIGNED this _____ day of _____, 2007.

_____
Richard W. Roberts
United States District Judge