**American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Southeast Case Management Center*
Chauncey B. Davis
Vice President

June 15, 2006

2200 Century Parkway, Suite 300, Atlanta, GA 30345
telephone: 404-325-0101 facsimile: 404-325-8034
internet: http://www.adr.org/

**VIA FACSIMILE**
Adam M. Spence
Law Offices of Adam M. Spence, PC
105 W. Chesapeake Avenue
Suite 400
Towson, MD 21204

Eric R. Stanco
Stanco & Associates
129 C Street, N.W.
Washington, DC 21001

Re: **16 110 00268 06**
    TimeLine Construction Corp.
    and
    Montage, Inc.

Dear Parties:

From the arbitrators list submitted the Association has appointed J. Snowden Stanley Jr., Esq.. Mr. Stanley accepted the appointment and has agreed to serve at the rate of $250.00 per hour for hearing time and $225.00 per hour for study or travel time, as established on the biographical data. Enclosed please find copies of the arbitrator's duly executed Notice of Appointment and Notice of Compensation Arrangements.

Arbitrator Stanley has made a disclosure, as detailed on the enclosed Notice of Appointment and attachment. Please advise the Association of any objections to the appointment of J. Snowden Stanley Jr. by **Thursday, June 22, 2006**, copying the other side. The arbitrator shall not be copied on any comments related to the disclosure.

You may also share and manage correspondence through AAA's WebFile. The Case Manager will determine who should receive viewing privileges and grant access accordingly.

If any objections to this arbitrator's appointment are raised, the other party may respond within five business days. The AAA will make a determination regarding the arbitrator's continued service in accordance with the Rules.

As requested by the neutral, if either party or their counsel knows of any contact or conflict that may be relevant, they are to communicate this information to the Association within ten days.

Compensation to the arbitrator represents an independent obligation of the parties, and it is understood that the AAA has no liability, direct or indirect, for such payment. Each party shall promptly deposit in advance with the AAA such sums of money as required by the administrator to defray the costs of the neutral(s) fees. Compensation incurred will be deducted from deposits on hand, if any.

Upon request, checks are to be made payable to the American Arbitration Association and submitted to the case manager.

Sincerely,

*[signature]*

Tameka Chapman
Case Manager
866 346 1025
ChapmanT@adr.org

*Supervisor Information: John Germani, 404 320 5101, Germanij@adr.org*

Encl.