**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Southeast Case Management Center
Chauncey B. Davis
Vice President

2200 Century Parkway, Suite 300, Atlanta, GA 30345
telephone: 404-325-0101 facsimile: 404-325-8034
internet: http://www.adr.org/

# FAX

Date: December 22, 2006

To
Adam M. Spence
Law Offices of Adam M. Spence, PC
105 W. Chesapeake Avenue
Suite 400
Towson, MD 21204

James W. Nowak
Francomano & Karpook, P.A.
20 South Charles Street
Sun Life Building - 4th Floor
Baltimore, MD 21201-3217

Eric R. Stanco
Stanco & Associates
129 C Street, N.W.
Washington, DC 21001

Fax Number: 443.836.9181 / 410.539.1553 / 202.331.9705

From: Shirley A. Fisher

Number of Pages: (including cover)

Re: 16 110 00268 06
    TimeLine Construction Corp.
    and
    Montage, Inc.

MESSAGE:

THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE PERSON AUTHORIZED TO DELIVER THIS FAX TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS FAX IS PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT THE NUMBER LISTED ABOVE AND RETURN THE ORIGINAL FAX TO US BY FIRST CLASS MAIL AT THE ABOVE ADDRESS.



**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Southeast Case Management Center
Chauncey B. Davis
Vice President

December 22, 2006

2200 Century Parkway, Suite 300, Atlanta, GA 30345
telephone: 404-325-0101  facsimile: 404-325-8034
internet: http://www.adr.org/

### VIA FACSIMILE

Adam M. Spence
Law Offices of Adam M. Spence, PC
105 W. Chesapeake Avenue
Suite 400
Towson, MD 21204

James W. Nowak
Francomano & Karpook, P.A.
20 South Charles Street
Sun Life Building - 4th Floor
Baltimore, MD 21201-3217

Eric R. Stanco
Stanco & Associates
129 C Street, N.W.
Washington, DC 21001

Re: 16 110 00268 06
    TimeLine Construction Corp.
    and
    Montage, Inc.

Dear Parties:

This will confirm hearings in the above matter were held on December 21, 2006, and the following arrangements were made:

- Claimant and Respondent shall each file briefs by January 25, 2007.
- Claimant and Respondent shall submit briefs directly to the arbitrator not to exceed twenty pages.
- A copy of the transmittal letter should be sent to the Association for our files.

Upon the filing of final briefs, the arbitrator will declare the hearings closed and will have 30 days from that date in which to render the Award.

Sincerely,

//s// Shirley A. Fisher
Case Manager
888 320 4604
FisherS@adr.org

*Supervisor Information: Tiffany Samms, 888 320 3505, SammsT@adr.org*

cc:   J. Snowden Stanley Jr., Esq.