250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TEL 410-539-5040
FAX 410-539-5223
WWW.SEMMES.COM

OFFICES IN
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
VIENNA, VIRGINIA
WASHINGTON, D.C.

**SEMMES, BOWEN & SEMMES**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

# Fax

| | | | |
|---|---|---|---|
| Company: | Stanco & Associates | | |
| Attention: | Eric R. Stanco, Esquire | Fax No.: | 1-202-331-9705 |
| | Direct dial number of person receiving Fax: | | |
| Company: | Law Offices of Adam M. Spence, P.C. | | |
| Attention: | Adam M. Spence, Esquire | Fax No.: | 443-836-9181 |
| | Direct dial number of person receiving Fax: | | |
| Company: | American Arbitration Association | | |
| Attention: | Ms. Shirley Fisher, Case Administrator | Fax No.: | 1-404-325-8034 |
| | Direct dial number of person receiving Fax: | | |
| From: | J. Snowden Stanley, Jr., Esquire | Date: | 02/06/2007 |
| Number of Pages (including cover page): | 2 | | |
| Direct dial number of person sending Fax: | 410-576-4811 | | |
| File No.: | 13886-00072 | Hard Copy to Follow: | No |
| Subject: | TimeLine Construction and Montage | | |

Message:

The Information contained in this facsimile message is attorney-privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to the above address via the U.S. Postal Service.   Thank You.

# SEMMES, BOWEN & SEMMES

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

250 WEST PRATT STREET
BALTIMORE, MARYLAND 21201

TEL 410-539-5040

FAX 410-539-5223

WWW.SEMMES.COM

J. Snowden Stanley, Jr., Principal
Direct Dial: 410-576-4811
Email: jstanley@semmes.com

OFFICES IN
WASHINGTON, D.C.
HAGERSTOWN, MARYLAND
SALISBURY, MARYLAND
VIENNA, VIRGINIA

February 6, 2007

*Via Fax 202-331-9705*
Eric R. Stanco, Esquire
Stanco & Associates
129 C Street, N.W.
Washington, D.C. 21001

*Via Fax 443-836-9181*
Adam M. Spence, Esquire
Law Offices of Adam M. Spence, P.C.
105 W. Chesapeake Avenue, STE 400
Towson, MD 21204

Re: *TimeLine Construction Corp. v. Montage, Inc.*
AAA Case No. 116 110 00268 06

Gentlemen:

In response to Mr. Stanco's Motion to File Reply to Post-Hearing Memorandum, I will authorize each party to file one additional Memorandum each not to exceed three pages in length if they wish to do so. Each such Memorandum will be filed on February 9, 2006 by delivering a copy by hand delivery or by fax to counsel for each party and to me no later than 5:00 p.m. on February 9, 2007.

The record in this matter will be closed on February 9, 2007.

Very truly yours,

J. Snowden Stanley, Jr.

JSS/cmw
cc: Shirley Fisher, Case Administrator (via fax 404-325-8034)
    American Arbitration Association

B0682363.WPD