UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**MONTAGE, INC.,**                  )
                                    )
       **Plaintiff,**           )
                                    )
v.                                  )   Civil Action No. 1:05cv01809-RWR
                                    )
**TIME LINE CONSTRUCTION CORP.,**   )
                                    )
       **Defendant.**           )
_____ )

**PLAINTIFF, MONTAGE, INC.'S OPPOSITION TO
DEFENDANT'S APPLICATION TO CONFIRM ARBITRATOR'S AWARD
AND MOTION TO VACATE AWARD**

    Plaintiff, Montage, Inc. (Montage), submits its Opposition to Defendant's Application to Confirm Arbitrator's Award and hereby moves the Court for an Order vacating the Arbitrator's award in this matter.

    As grounds for its Opposition and Motion, Montage states:

    1.    The Arbitrator's award was arbitrary and capricious;

    2.    There was no legal basis or credible evidence to support the Arbitrator's award;

    In further support of its Opposition and Motion, Montage respectfully requests the Court's consideration of its supporting Memorandum filed herewith.

    WHEREFORE, Montage, Inc., requests that the Court enter an Order:

    1.    Denying Defendant's Motion to Confirm the Arbitrator's Award;

    2.    Granting Montage's Motion to Vacate;

    3.    Vacating the Arbitrator's Award;

4. Granting Montage such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        MONTAGE, INC.,
        By its attorneys:

        _____
        Eric R. Stanco
        (DC bar No. 456896)
        Stanco & Associates
        126 C Street, N.W.
        Washington, D.C. 20001
        (202) 331-8822
        (202) 331-9705 (facsimile)

## REQUEST FOR HEARING

Montage requests oral argument upon the issues raised in this Opposition and Motion.