UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **MONTAGE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05cv01809-RWR |
| | ) | |
| **TIME LINE CONSTRUCTION CORP.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____)

## ORDER

**THIS MATTER** having been brought before this Court by Defendant, Time Line Construction Corp., on its Motion to Confirm Arbitrator's Award, and by Plaintiff, Montage, Inc., on its Opposition Its Motion to Vacate Award, upon consideration of the pleadings and papers,

**IT IS ORDERED AND ADJUDGED**:

1. That Montage, Inc.'s Motion be and hereby is GRANTED;

2. That Time Line Construction Corp.'s Motion be and hereby is DENIED;

3. That the Award of the Arbitrator is vacated as arbitrary and capricious and is not supported by the applicable law or the evidence presented by the parties at hearing.

**ENTERED** this _____ day of _____, 2007.

_____