IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTAGE, INC.** * | |
| Plaintiff/Counter-Defendant, * | Case No. 1:05CV01809-RWR |
| v. * | |
| **TIME LINE CONSTRUCTION CORP.,** * | |
| Defendant/Counter-Plaintiff. * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER (A) CONFIRMING ARBITRATION AWARD
### (B) DENYING MONTAGE'S MOTION TO VACATE AWARD
### AND (C) ENTERING JUDGMENT AGAINST MONTAGE, INC.

THIS MATTER COMES before this Court on Defendant/Counter-Plaintiff, TimeLine Construction Corp.'s ("Time Line"), Status Report and Application to this Court to confirm the arbitration award entered in its favor against Plaintiff/Counter-Defendant, Montage, Inc. ("Montage") and to enter judgment in conformity therewith (collectively, the "Application"), Motion to Reopen Case to Consider Status Report and Confirm Award, and Montage, Inc.'s Opposition thereto and Motion to Vacate Award; and

IT APPEARING THAT there is good cause shown for the relief sought in the Application; and

IT FURTHER APPEARING THAT there are no grounds for vacating the award under 9 U.S.C. § 10 of the Federal Arbitration Act; and

IT FURTHER APPEARING THAT the arbitrator did not act "arbitrarily or capriciously" nor with a "manifest disregard of the law" in his award; it is hereby

ORDERED that

1. TimeLine's Motion to Reopen Case to consider Status Report and Confirm Order is GRANTED.

2. Montage's Motion to Vacate Award is DENIED;

3. TimeLine's Application to confirm the Award is GRANTED;

4. The Arbitration award entered by Arbitrator J. Snowden Stanley, Jr. and attached to the Motion as Exhibit 1 is confirmed;

5. Judgment is hereby entered in favor of Time Line Construction Corp. and against Montage, Inc. in the principal amount of $112,259.27 plus (a) expenses of $1,724.99, (b) pre-judgment interest at the legal rate on these amounts from April 1, 2005 through the date of this Order, and (c) post-judgment interest at the legal rate on these amounts from the date of this Order until paid in full.

SIGNED this _____ day of _____, 2007.

 

_____
Richard W. Roberts
United States District Judge