IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONTAGE, INC.                                    *

    Plaintiff/Counter-Defendant,      *

                                             Case No. 1:05CV01809-RWR

v.                                               *

TIME LINE CONSTRUCTION CORP.,                    *

    Defendant/Counter-Plaintiff.      *

*  *  *  *  *  *  *  *  *  *  *  *

STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Pro. 41(a)(1), the parties hereby stipulate to the dismissal of the above captioned adversary proceeding, with each side bearing his or its own costs.

_____          _____
Adam M. Spence, Esq., #14356               Eric R. Stanco, Esq.
Law Offices of Spence & Buckler, P.C.      Stanco & Associates
100 W. Pennsylvania Avenue, Suite 301      126 C Street, N.W.
Towson, MD 21204                           Washington, D.C. 20001
Phone: (410) 823-5003
Telecopier: (443) 836-9181                 *Counsel for Plaintiff/Counter-Defendant*
                                           *Montage, Inc.*

    -  and –

Jim W. Nowak, Esq.
Francomano & Karpook
20 South Charles Street
Sun Life Building - 4th Floor
Baltimore, MD 21201-3217

*Counsel for Defendant/Counter-Plaintiff*
*Time Line Construction Corporation*